UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

SONNTAG SUPERANNUATION
FUND,

    Plaintiff,

vs.

STRATAGEMEQ, INC. and JARRET
B. FRIMER,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, SONNTAG SUPERANNUATION FUND ("Sonntag"), a foreign entity, by and through the undersigned counsel, hereby sues Defendants, STRATAGEMEQ, INC and JARRET B. FRIMER, and alleges as follows:

1. This is an action for damages in excess of $75,000.

2. Plaintiff, Sonntag, is an Australian corporation, whose address is 5 Stella Close, East Killara, NSW, 2071 Australia.

3. Defendant, STRATAGEMEQ, INC., is a corporation organized and existing under the laws of the State of Florida.

4. Defendant, JARRETT B. FRIMER ("Frimer"), is an individual, who at all times relevant to this matter was a resident of Palm Beach County, Florida.

5. Pursuant to Section 16 of the agreement between the parties, venue lies in the United States District Court for the Southern District of Florida.

6. On March 15, 2018, Defendant STRATAGEMEQ, Inc. executed a Promissory Note in the amount of $97,155 to the Plaintiff Sonntag (the "Note"). A copy of the Note is attached hereto as **Exhibit "A"**.

7. Pursuant to section 5 of the Note, Defendant STRATAGEMEQ, INC. was required to make payments in the amount of $5,745.79 commencing on March 30, 2018 and continuing bi-monthly each and every month thereafter on the fifteenth (15th) and thirtieth (30th) day of the month.

8. From March 30, 2018 through April 1, 2019, Defendant STRATAGEMEQ, INC. made sporadic payments totaling just $2,100.

9. Defendant STRATAGEMEQ, INC. is in breach of the Promissory Note and there remains due and owing $97,155 in principal, plus accrued interest at a rate of 18% per annum.

10. Plaintiff is the owner and holder of the Note and is in possession of the original.

11. Pursuant to section 18 of the Note, Defendant Frimer guaranteed to the Plaintiff "prompt, punctual, and full payment of all monies now or later due [Sonntag] from [STRATAGEMEQ, Inc.]

12. Defendant Frimer has breached the guaranty by failing to make any payment due and owing pursuant to the Note.

13. All conditions precedent to commencing this action have either been met or waved.

14. Plaintiff has been required to retain the services of the undersigned and is required to pay them a reasonable fee.

## COUNT I – BREACH OF PROMISSORY NOTE
### (Defendant STRATAGEMEQ, INC.)

15. Plaintiff reasserts and realleges paragraphs 1 through 14 above as though fully set forth below.

16. On March 15, 2018, Defendant STRATAGEMEQ, Inc. executed a Promissory Note in the amount of $97,155 to the Plaintiff Sonntag (the "Note").

17. Pursuant to section 5 of the Note, Defendant STRATAGEMEQ, INC. was required to make payments in the amount of $5,745.79 commencing on March 30, 2018 and continuing bi-monthly each and every month thereafter on the fifteenth (15th) and thirtieth (30th) day of the month.

18. From March 30, 2018 through April 1, 2019, Defendant STRATAGEMEQ, INC. made sporadic payments totaling just $2,100.

19. Defendant STRATAGEMEQ, INC. is in breach of the Promissory Note and there remains due and owing $97,155 in principal, plus accrued interest at a rate of 18% per annum.

WHEREFORE, Plaintiff, SONNTAG SUPERANNUATION FUND, demands that this Honorable Court enter Judgment for damages against Defendant STRATAGEMEQ, INC., in the amount of $97,155 for principal, prejudgment interest, postjudgment interest, attorney's fees pursuant to the Note, costs, and for such further relief that this Honorable court deems just and proper.

### COUNT II – BREACH OF GUARANTY
### (Defendant JARRET B. FRIMER.)

1. Plaintiff reasserts and realleges paragraphs 1 through 14 above as though fully set forth below.

2. On March 15, 2018, Defendant STRATAGEMEQ, Inc. executed a Promissory Note in the amount of $97,155 to the Plaintiff Sonntag (the "Note").

3. Pursuant to section 5 of the Note, Defendant STRATAGEMEQ, INC. was required to make payments in the amount of $5,745.79 commencing on March 30, 2018 and continuing bi-

monthly each and every month thereafter on the fifteenth (15th) and thirtieth (30th) day of the month.

4. From March 30, 2018 through April 1, 2019, Defendant STRATAGEMEQ, INC. made sporadic payments totaling just $2,100.

5. Pursuant to section 18 of the Note, Defendant Frimer guaranteed to the Plaintiff "prompt, punctual, and full payment of all monies now or later due [Sonntag] from [STRATAGEMEQ, Inc.]

6. Defendant Frimer has breached the guaranty by failing to make any payment due and owing pursuant to the Note.

7. Defendant Frimer. is in breach of the Guaranty and there remains due and owing $97,155 in principal, plus accrued interest at a rate of 18% per annum.

WHEREFORE, Plaintiff, SONNTAG SUPERANNUATION FUND, demands that this Honorable Court enter Judgment for damages against Defendant JARRET B. FRIMER, in the amount of $97,155 for principal, prejudgment interest, postjudgment interest, attorney's fees pursuant to the Note, costs, and for such further relief that this Honorable court deems just and proper.

Respectfully Submitted,

THE KOGAN FIRM, P.A.
Attorney for Plaintiff
330 N. Andrews Avenue
Ft. Lauderdale, FL 33301
Telephone:   (954) 281-8888
Facsimile:   (954) 333-1505
Email: paul@kogan.law

By:   /s/ Pavel Kogan
        PAVEL KOGAN, ESQUIRE
        FLORIDA BAR NO.: 64339